ROBERT E. FERGUSON, Respondent, v. WILLIAM L. HELFEN-
STEIN et al., Appellants.

(Argued September 28, 1877; decided October 9, 1877.

*George W. Stephens*, for appellants.

*Nathaniel C. Moak*, for respondent.

Agree to affirm.   No opinion.
FOLGER and MILLER, JJ., absent.
Judgment affirmed.

---

JULIA A. C. PARHAN, Administratrix, etc., et al., Respond-
ents, v. JOHN MORAN, Appellant.

(Submitted October 3, 1877; decided October 10, 1877.)

REPORTED below, 4 Hun, 717.

*John Moran*, appellant in person.

*John B. Gale*, for respondents.

Agree to affirm.   No opinion.
All concur, except FOLGER and MILLER, JJ., absent.
Judgment affirmed.